# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

JOSE LUIS BRAVO ZAMBRANO,

             Petitioner,

v.

WARDEN, FMC ROCHESTER,

             Respondent.

Civil File No. 26-01623 (MJD/ECW)

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

---

Jose Luis Bravo Zambrano, pro se.
David W. Fuller, Justin Merak Page, Assistant United States Attorneys, for Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated March 25, 2026.  No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Cowan Wright dated March 25, 2026.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States

   Magistrate Judge Elizabeth Cowan Wright dated March 25, 2026.  **[Doc.**

   **6]**; and

2. Petitioner Jose Luis Bravo Zambrano's Petition for Writ of Habeas

   Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  April 17, 2026                           s/Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court